NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| DREW JOSFAN,<br><br>  Plaintiff,<br><br>  v.<br><br>NYLON PROJECT LLC, etc., et al.,<br><br>  Defendants. | CASE NO. CV09-7904 AHM (PLAx)<br><br>The Hon. A. Howard Matz<br><br>**PROTECTIVE ORDER RE: PLAINTIFF DREW JOSFAN'S EMPLOYMENT FILE**<br><br>Action Filed:   October 29, 2009 |

Having read and considered the Stipulation and Protective Order re: Plaintiff Drew Josfan's employment file, and good cause appearing therefor,

IT IS SO ORDERED, **as modified by the Court.**

*/s/ Paul L. Abrams*

DATED: December 8, 2010  _____

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

Submitted by:
William John Rea, Jr.
Attorney for Defendants MIKE GEORGE,
MICHAEL GOMEZ and NYLON PROJECT,
LLC (f.d.b.a Indochine)

4849-7375-2840.1

[PROPOSED] PROTECTIVE ORDER RE: EMPLOYMENT FILE

1  WILLIAM JOHN REA, JR., SB# 82581
   E-Mail: rea@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
3  Los Angeles, California 90012
   Telephone: (213) 250-1800
4  Facsimile: (213) 250-7900

5  Attorneys for Defendants MIKE GEORGE,
   MICHAEL GOMEZ and NYLON PROJECT,
6  LLC (f.d.b.a Indochine)

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10            WESTERN DIVISION - LOS ANGELES

11

12 | DREW JOSFAN,                    ) CASE NO. CV09-7904 AHM (PLAx)
13 |         Plaintiff,              ) The Hon. A. Howard Matz
14 |    v.                           ) **STIPULATION AND PROTECTIVE**
                                     ) **ORDER RE: PLAINTIFF DREW**
15 | NYLON PROJECT LLC, etc., et al.,) **JOSFAN'S EMPLOYMENT FILE**
16 |         Defendants.             )
                                     ) Action Filed:    October 29, 2009
17

18    WHEREAS, Defendants seek production of Plaintiff's employment and personnel
19 records maintained by the Office of the District Attorney for Los Angeles County;
20    WHEREAS, Plaintiff Drew Josfan may contend that certain documents contained
21 within said records, may contain privileged or confidential information, the public disclosure
22 of which could cause irreparable harm;
23    WHEREAS, a mechanism is desired to protect the public disclosure of such
24 privileged or confidential information in this litigation;
25    IT IS HEREBY STIPULATED between the parties, by and through their respective
26 attorneys of record, as follows:
27    **1.    Authorization**
28    Plaintiff Drew Josfan authorizes the release of his employment, personnel and payroll

4846-4113-0247.1                           -1-
STIPULATION AND PROTECTIVE ORDER

records, reports and information from the Office of the District Attorney, Los Angeles County.

## 2. Treatment of "CONFIDENTIAL" Information

The employment records shall be designated as "CONFIDENTIAL". "CONFIDENTIAL" documents and the information contained therein shall not be disclosed, given, shown, made available, or communicated in any way to any person or entity other than the Parties to this lawsuit and their respective attorneys, except as provided below. Such information shall be used only for the purposes of this litigation, and shall not be used for any business, financial or other purpose whatsoever.

## 3. Outside Experts and Consultants

Documents designated as "CONFIDENTIAL" may be shown to outside experts or consultants, together with their clerical personnel, who are consulted and/or retained by a Party in connection with the preparation for trial or trial in this action, provided that the conditions in this paragraph are met. Before disclosure to any such expert or consultant, the person to whom such information is to be disclosed shall execute and deliver to the counsel of record making the disclosure a written agreement in the form attached hereto as Exhibit "A". Plaintiff's counsel will be provided by counsel for the Party retaining and/or consulting the expert or consultant with the following documents not less than seven (7) Court days before intended disclosure to any such expert or consultant: (a) written notice of the intent to make such disclosure, (b) the name and identity of said expert or consultant, (c) the current resume for such expert or consultant, and (d) the written agreement in the form set forth in Exhibit "A".

Should Plaintiff's counsel believe that a conflict is raised by disclosure of the documents, it may bring a noticed motion to bar such disclosure, and no disclosure shall take place until such motion is heard and decided. The motion shall be made pursuant to Local Rule 37.

## 4. Record of Disclosure.

Each counsel of record making a disclosure to third parties of all such confidential documents shall maintain a record of each person to who said information has been shown.

1 Said record shall be made available for inspection and copying by counsel upon written
2 request.

3   5.   **Maintenance of Designated Information.**

4 Counsel receiving designated confidential information shall maintain it in a secure
5 and safe area and shall exercise due and proper care with respect to the storage, custody and
6 use of all such information, so as to guard against the unauthorized or inadvertent disclosure
7 of any such information.

8   6.   **Legal Effect of Designations.**

9 The designation of documents as "confidential" is intended solely to facilitate
10 discovery and pre-trial proceedings in this action, and neither such designation nor treatment
11 in conformity with such designation shall be construed in any way as an admission,
12 agreement, estoppel or waiver by any part that the designated disclosure constitutes or
13 contains any privileged or confidential information.

14   7.   **Final Disposition of Action.**

15 Upon the final disposition of this action, each counsel of record shall: (a) promptly
16 return to Plaintiff's counsel all documents designated "CONFIDENTIAL", and/or (b)
17 destroy said document in accordance with counsel's established document retention policy.

18 DATED: 10-9-10

THOMAS E. BECK
THE BECK LAW FIRM

By: _____
Thomas E. Beck
Attorney of record for Plaintiff DREW JOSFAN

DATED: 12-3-10

WILLIAM JOHN REA, JR.
LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
William John Rea, Jr.
Attorney of record for Defendants MIKE GEORGE,
MICHAEL GOMEZ and NYLON PROJECT, LLC

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4846-4113-0247.1

-3-

STIPULATION AND PROTECTIVE ORDER

DATED: 10/12/10

THOMAS R. SHAPIRO
ASSISTANT CITY ATTORNEY
CITY OF SANTA BARBARA

By: _____
Thomas R Shapiro
Attorney of record for Defendants CITY OF SANTA BARBARA, TOM ECCLES, MARK CORBETT, and ED RUIZ

## ORDER

Good cause appearing therefor,

IT IS SO ORDERED, as modified herein.

DATED: 12/8/10

~~HON. A. HOWARD MATZ~~
~~UNITED STATES DISTRICT COURT~~

PAUL L. ABRAMS
U.S. MAGISTRATE JUDGE

4846-4113-0247.1

STIPULATION AND PROTECTIVE ORDER

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP