STEPHEN P. WILEY, City Attorney
Tom R. Shapiro, Assistant City Attorney
State Bar Nos. 84517, 127383
Post Office Box 1990
Santa Barbara, California 93102-1990
(t)  (805) 564-5326 (f)  (805) 897-2532
(e)  tshapiro@santabarbaraca.gov

Attorneys for City Defendants
CITY OF SANTA BARBARA
SANTA BARBARA POLICE DEPARTMENT,
OFFICERS T. ECCLES, M. CORBETT, E. RUIZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| DREW JOSFAN,<br><br>             Plaintiff,<br><br>vs.<br><br>NYLON PROJECT LLC, etc., et al.,<br><br>             Defendants. | CASE NO. CV 09-7904 AHM (PLAx)<br><br>PROTECTIVE ORDER REGARDING CITY DEFENDANTS' DOCUMENTS 1157 - 3212<br><br>**\*\*NOTE CHANGES MADE BY THE COURT\*\***<br><br>Complaint Filed: October 29, 2009 |

Having read and considered the **Amended Stipulation and** Protective Order regarding City Defendants' Documents 1157 - 3212, containing the following records of the Santa Barbara Police Department:

(A)  Santa Barbara Police Department unredacted police reports containing names of suspects, victims and witnesses.

(B)  Santa Barbara Police Department unredacted use of force reports containing names of suspects, victims and witnesses.

(C)  Santa Barbara Police Department unredacted training records for Officers Eccles, Corbett and Ruiz.

Good cause appearing therefor,

IT IS SO ORDERED.

DATED: December 16, 2010

_____
HON. PAUL L. ABRAMS
United States Magistrate Judge