O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-07904 AHM (PLAx) | Date | January 17, 2012 |
|---|---|---|---|
| Title | DREW JOSFAN v. INDOCHINE, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**         IN CHAMBERS (No Proceedings Held)

In light of the Court's recent ruling on Defendants' motion for summary judgment, (Dkt. 84), the Court orders the parties to proceed as soon as possible to renewed mediation before the magistrate judge, to resolve the slight remaining dispute for trial. The parties shall promptly contact Christianna Howard, the Court Clerk for Judge Abrams, at (213) 894-7103.

_____ : _____

Initials of Preparer         SMO