JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW JOSFAN,<br><br>        Plaintiff(s),<br><br>   v.<br><br>INDOCHINE, *et al.*,<br><br>        Defendant(s). | CASE NO. CV09-07904-AHM (PLAx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

    The Court having been advised by the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

    This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 1, 2012

_____
A. HOWARD MATZ
United States District Judge

**JS-6**