JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DREW JOSFAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>INDOCHINE, etc., et al.,<br><br>            Defendants. | CASE NO. CV09-07904-AHM (PLAx)<br><br>The Hon. A. Howard Matz<br><br>**JUDGMENT** |

Pursuant to the Court's Order (Doc. #84) dated January 13, 2012, granting the Motion for Summary Judgment of Defendant Tom Eccles as to Plaintiff's First Cause of Action with respect to those issues pertaining to Plaintiff's excessive force claims, and granting the Motion of Defendant Tom Eccles, Mark Corbett and Ed Ruiz pertaining to Plaintiff's claims for wrongful arrest, malicious prosecution and conspiracy, and,

Pursuant to the Court's Order (Doc. #85) dated January 13, 2012, granting the Motion for Summary Judgment of Defendants Mike George, Michael Gomez and Nylon Project, LLC (f.d.b.a. Indochine), and,

LEWIS
BRISBOIS

4828-8113-3585.1

1

JUDGMENT

All other causes of action having been dismissed with prejudice by Plaintiff,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Drew Josfan shall take nothing from Defendants Tom Eccles, Mark Corbett, Ed Ruiz, Mike George, Michael Gomez and/or Nylon Project, LLC (f.d.b.a. Indochine), who shall have Judgment entered in their favor.

Defendants Tom Eccles, Mark Corbett, Ed Ruiz, Mike George, Michael Gomez and Nylon Project, LLC (f.d.b.a. Indochine) are awarded costs in an amount to be determined by the administrator of the Clerk's office.

Dated: November 20, 2012

_____
Hon. A. Howard Matz
UNITED STATES DISTRICT JUDGE

JS-6